## UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| *In re:* | **Case No. 11−01093−SEK13 SEK** |
| | **Chapter 13** |
| **IRIS V MULERO RIVERA** | |
| *xxx−xx−3470* | |
| Debtor(s) | FILED & ENTERED ON *3/4/11* |

### *NOTICE OF NON−PAYMENT OF FEE*

Pursuant to Local Bankruptcy Rule 5078−1 (b), the document filed by you on 03/03/2011, will be striken from the legal docket if payment is not made within one (1) business day from issuance of this Notice.

- ☐ Motion or Notice to convert a case.
- ☑ Amended Schedule(s) D, E or F, list of creditors or mailing list.
- ☐ Motion to Reopen Case.
- ☐ Notice or Application removing an adversary proceeding.
- ☐ Appeal or Cross Appeal.
- ☐ Motions to terminate, annul, modify or conditions to automatic stay.
- ☐ Motion to compel abandonment.
- ☐ Motion to withdraw the reference of a case or proceeding.
- ☐ Other:

**CELESTINO MATTA−MENDEZ**
Clerk of the Court

By: **VANESSA ORTIZ**
Deputy Clerk

Cc. Debtor via regular mail
Attorney via CM/ECF
Trustee via CM/ECF