IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 11-01093 SEK |
|---|---|
| **IRIS V MULERO RIVERA** | Chapter 13 |
| Debtor(s) | |

# MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to provide to pay Rent Express/ Mueblerias Berrios prior attorney fees.

**WHEREFORE, it is** respectfully requested to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 3rd day of March of 2011.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:  
MULERO RIVERA, IRIS V  
Debtor(s)

Case No. 11-01093-13  
Chapter 13

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 3/03/2011  
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 150.00 x 60 = $ 9,000.00  
$ ___ x ___ = $ ___  
$ ___ x ___ = $ ___  
$ ___ x ___ = $ ___  
$ ___ x ___ = $ ___

TOTAL: $ 9,000.00

Additional Payments:  
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:  
☐ Sale of Property identified as follows:  
_____  
_____  
☐ Other:  
_____  
_____

Periodic Payments to be made other than, and in addition to the above:  
$ ___ x ___ = $ ___

PROPOSED BASE: $ 9,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,794.00

Signed: /s/ IRIS V MULERO RIVERA  
Debtor

_____  
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___  
B. SECURED CLAIMS:  
☐ Debtor represents no secured claims.  
☑ Creditors having secured claims will retain their liens and shall be paid as follows:  
1. ☑ Trustee pays secured ARREARS:  
Cr. Usda Rur Dev   Cr. ___   Cr. ___  
# 7249847   # ___   # ___  
$ 1,800.00   $ ___   $ ___  
2. ☑ Trustee pays IN FULL Secured Claims:  
Cr. IRS   Cr. ___   Cr. ___  
# 3470   # ___   # ___  
$ 1,800.00   $ ___   $ ___  
3. ☐ Trustee pays VALUE OF COLLATERAL:  
Cr. ___   Cr. ___   Cr. ___  
# ___   # ___   # ___  
$ ___   $ ___   $ ___  
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:  
_____  
5. ☐ Other:  
_____  
6. ☑ Debtor otherwise maintains regular payments directly to:  
Usda Rur Dev  
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)  
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.  
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___  
☐ Paid 100% / ☐ Other: ___  
Cr. ___   Cr. ___   Cr. ___  
# ___   # ___   # ___  
$ ___   $ ___   $ ___  
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)  
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

TRUSTEE SHALL PAY RENT EXPRESS/ EMPRESAS BERRIOS INTEREST PRIOR ATTORNEY FEES.

Attorney for Debtor Jose Prieto   Phone: (787) 607-2066

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE MULERO RIVERA, IRIS V    Case No. 11-01093-13
Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | RENT EXPRESS/ MUEBLF | | |


# United States Bankruptcy Court
## District of Puerto Rico

IN RE:

**MULERO RIVERA, IRIS V**
Debtor(s)

Case No. **11-01093-13**

Chapter **13**

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **March 3, 2011**   Signature: */s/ IRIS V MULERO RIVERA*
  **IRIS V MULERO RIVERA**   Debtor

Date: _____   Signature: _____
  Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

MULERO RIVERA, IRIS V
3R29 CALLE 40
ALTURAS DE BUCARABONES
TOA ALTA, PR  00953

HOME DEPOT
Po Box 6497
Sioux Falls, SD  57117

Jose Prieto
PO BOX 363565
San Juan, PR  00936-3565

IRS
P O BOX 21125
PHILADELPHIA, PA  19114

Admin Recovery Llc
5930 Main St
Williamsville, NY  14221

JC PENNY
MONARCH RCOVERY
P O BOX 21089
PHILADELPHIA, PA  19114-0589

ANDERSON CRENSHAW ASSO
NORTH CENTRAL PLAZA II
12801 N CENTRAL EXPRESS
DALLAS, TX  75243-1716

Lvnv Funding Llc
Po Box 740281
Houston, TX  77274

Cach Llc
4340 S Monaco St 2nd Flo
Denver, CO  80237

ONELINK
P O BOX 192296
SAN JUAN, PR  00919-2296

CITI BANK
SOUTH DAKOTA NA
P O BOX 140310
TOLEDO, OH  43614

RENT EXPRESS/ MUEBLRIAS BERRIOS
P O Box 674
Cidra, PR  00739

DEPT DE TRANSPORTACION
Y OBRAS PUBLICAS
P O BOX 41269
SAN JUAN, PR  00940-1269

SECURITY CREDIT SERVICES, LLC
5440 N CUMBERLAND AVE STE 300
CHICAGO, IL  60656-1490

ECMC
LOCK BOX 8639
P O BOX 75848
ST PAUL, MN  55175

TOYOTA CREDIT
350 AVE FEDERICO COSTAS SUITE 500
SAN JUAN, PR  00918

FIRST BANK
P O BOX 9146
SAN JUAN, PR  00908

Usda Rur Dev
P.o. Box 66889
Saint Louis, MO  63166

GROUP USA
P O BOX 731
Mahwah, NJ  07430

WALLMART
PO BOX 981400
EL PASO, TX  79998