IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 11-01093 SEK |
|---|---|
| IRIS V MULERO RIVERA | Chapter 13 |
| Debtor(s) | |

## ANSWER TO MOTION TO DISMISS FILED BY CHAPTER 13 TRUSTEE

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That the Chapter 13 Trustee has filed a Motion to Dismiss for failure to complete documents requested by trustee at the meeting of creditors.

2. That debtor already submitted her divorce stipulation and her evidence of family help.(See evidence attached)

3. That debtor is pending to clarify information regarding tax lien filed by Internal Revenue Service's.

4. That amendment of plan depends of the clarification of Internal Revenue Claim.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned deny the trustee's motion requesting dismissal.

## RESPECTFULLY SUBMITTED.

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.
    **In San Juan, Puerto Rico this 14th day of April of 2011.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.



HOME    Help

Images Uploaded by: jpclaw09
Enter Case Number:
1101093    Search

| Document ID | Case number | Date and Time | File Name | Form type Used |
|---|---|---|---|---|
| 29727 | 1101093 | 3/14/2011 11:08:07 AM | STUBS.pdf | Payment Stubs |
| 29731 | 1101093 | 3/14/2011 11:18:52 AM | TAXES.pdf | Income evidence (other than paystubs) |
| 30947 | 1101093 | 3/30/2011 3:30:18 PM | son's income.pdf | Income evidence (other than paystubs) |
| 30949 | 1101093 | 3/30/2011 3:31:46 PM | 2010 tax.pdf | Income evidence (other than paystubs) |
| 31990 | 1101093 | 4/14/2011 3:04:09 PM | daughters income.pdf | Income evidence (other than paystubs)-UDP |