UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

CASE NO. **11-01093-SEK**

**IRIS V MULERO RIVERA**

**CHAPTER 13**

DEBTOR(S)

**TRUSTEE'S REQUEST FOR ENTRY OF DISMISSAL ORDER**

TO THE HONORABLE COURT:

Comes now, Alejandro Oliveras Rivera, Chapter 13 Trustee, who most respectfully states and prays as follows:

1. The Trustee filed a Motion to Dismiss on March 29, 2011. Docket no. 18.

2. Debtor's reply to the motion to dismiss still fails to address matters raised at the meeting of creditors.

3. Trustee filed an amended Unfavorable report on April 25, 2011, docket no. 24 thereafter.

4. Debtor failed to answer and address issues mentioned on the last Trustee's report.

5. The trustee hereby requests from this Honorable Court to enter an order granting the trustee's motion to dismiss. The entry of the dismissal order is warranted for debtor(s) failure to timely answer and/or opposes Trustee's report on confirmation.

6. If the case is dismissed the Trustee hereby requests that he be awarded $100.00 from the funds on hand, as costs and expenses for the administration of this case.

**WHEREFORE,** for the reasons stated above, it is respectfully requested from the Court to take knowledge of the above and consequently grant all remedies requested in this motion.

**14 DAY NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST :** YOU ARE HEREBY NOTIFIED THAT YOU HAVE FOURTEEN (14) DAYS FROM THE DATE OF THIS NOTICE TO FILE AN OPPOSITION TO THE FOREGOING MOTION AND TO REQUEST A HEARING. IF NO OPPOSITION IS FILED WITHIN THE PRESCRIBED PERIOD OF TIME, THE TRUSTEE'S MOTION WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED WITHOUT FURTHER HEARING UNLESS(1) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (2) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (3) IN THE OPINION OF THE COURT, THE INEREST OF JUSTICE REQUIRES OTHERWISE. IF A TIMELY OPPOSITION IS FILED, THE COURT WILL SCHEDULE A HEARING AS A CONTESTED MATTER.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at <u>ustregion21.hr.ecf@usdoj.gov</u> and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s) and parties in interest included in the service list attached to the original thereof.

San Juan, Puerto Rico, this 26th day of May 2011.

/s/**ALEJANDRO OLIVERAS RIVERA**
**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500 Fax 977-3521

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| APX ALARM<br>5132 NORTH 300 WEST PROVO<br>PROVO, UT 84604 | APX ALARM C/O ANDERSON CRENSHAW ASSO<br>NORTH CENTRAL PLAZA II<br>12801 N CENTRAL EXPRESS<br>DALLAS, TX 75243-1716 |
| CITI BANK<br>SOUTH DAKOTA NA<br>P O BOX 140310<br>TOLEDO, OH 43614 | CITI BANK C/O LVNV FUNDING LLC<br>PO BOX 740281<br>HOUSTON, TX 77274 |
| DEPT DE TRANSPORTACION<br>Y OBRAS PUBLICAS<br>P O BOX 41269<br>SAN JUAN, PR 00940-1269 | ECMC<br>LOCK BOX 8639<br>P O BOX 75848<br>ST PAUL, MN 55175 |
| FIRST BANK<br>P O BOX 9146<br>SAN JUAN, PR 00908 | GE MONEY BANK (JCPENNEY CREDIT SERVICES)<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE, SUITE 1120<br>MIAMI, FL 33131-1605 |
| GROUP USA<br>P O BOX 731<br>MAHWAH, NJ 07430 | HOME DEPOT<br>Po Box 6497<br>Sioux Falls, SD 57117 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| JC PENNY<br>MONARCH RCOVERY<br>P O BOX 21089<br>PHILADELPHIA, PA 19114-0589 | ONELINK<br>P O BOX 192296<br>SAN JUAN, PR 00919-2296 |
| RENT A CENTER<br>5501 HEADQUATERS DRIVE<br>PLANO, TX 75024 | RENT EXPRESS BY BERRIOS<br>PO BOX 674<br>CIDRA, PR 00739 |

DATED:  May 25, 2011

S/MARIO MATOS
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 2      - CASE NO  11-01093-SEK

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| SECURITY CREDIT SERVICES LLC<br>PO BOX 1156<br>OXFORD, MS 38655 | SHOPPERS CHARGE ACCOUNTS<br>PO BOX 215<br>MEMPHIS, TN 38101-0215 |
| SHOPPERS CHARGE C/O ADMIN RECOVERY LLC<br>5930 Main St<br>Williamsville, NY 14221 | TD RETAIL CARD SERVICES<br>PO BOX 740933<br>DALLAS, TX 75374 |
| TD RETAIL CARD SERVICES C/O CACH LLC<br>4340 S Monaco St 2nd Flo<br>DENVER, CO 80237 | TOYOTA MOTOR CREDIT CORP<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 |
| USDA RURAL HOUSING SERVICE<br>CENTRALIZED SERVICING CENTER<br>PO BOX 790190<br>ST LOUIS, MO 63179-0190 | USDA RURAL HOUSING SERVICE<br>CENTRALIZED SERVICING CENTER<br>PO BOX 790190<br>ST LOUIS, MO 63179-0190 |
| USDA RURAL HOUSING SERVICES<br>CENTRALIZED SERVICING CENTER USDA<br>PO BOX 66879<br>ST LOUIS, MO 63166-6879 | WALLMART<br>PO BOX 981400<br>EL PASO, TX 79998 |
| IRIS V MULERO RIVERA<br>ALTURAS DE BUCARABONES<br>3R29 CALLE 40<br>TOA ALTA, PR 00953 | |
| JOSE M PRIETO CARBALLO*<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | |

DATED: May 26, 2011

Page 2 of 2    - CASE NO 11-01093-SEK

S/MARIO MATOS
OFFICE OF THE CHAPTER 13 TRUSTEE