IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 10-09901 ESL |
|---|---|
| CARLOS M CUEVAS ORTIZ | Chapter 13 |
| Debtor(s) | |

## MOTION REQUESTING CONTINUANCE OF HEARING

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That a hearing has been scheduled for June 8, 2011 to discuss the confirmation of the plan and motion for relief of stay filed by Banco Popular of PR.

2. That a continuance is being requesting since debtor is finishing negotiation with Banco Popular of PR regarding the post petition arrears.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned and re-schedule the confirmation hearing.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 7th day of June of 2011.**

JPC LAW OFFICE
Jose M Prieto Carballo, Esq.
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.